# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| NANCY PETRELLA,  )<br>  )<br>  Plaintiff,  )<br>  )<br> v.  )<br>  )  C.A. No. 19-cv-02208-LPS<br> APPOQUINIMINK SCHOOL DISTRICT  )<br> and THE BOARD OF EDUCATION OF  )<br> APPOQUINIMINK SCHOOL DISTRICT,  )<br>  )<br>  Defendant.  )| |

## STIPULATION OF DISMISSAL

The parties, by and through the undersigned counsel, hereby stipulate and agree that this action is dismissed with prejudice.

| LAW OFFICE OF DANIEL C. HERR, LLC | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
|---|---|
| */s/ Daniel C. Herr* | */s/ Lauren E.M. Russell* |
| Daniel C. Herr, Esq. (No. 5497)<br>1225 King Street<br>Suite 1000<br>Wilmington, DE 19801<br>Telephone: (302) 483-7060<br>Facsimile: (302) 483-7065<br>Email: dherr@dherrlaw.com | Lauren E.M. Russell, Esq. (No. 5366)<br>1000 North King Street<br>Wilmington, DE 19801<br>Telephone: (302) 576-3255<br>Facsimile: (302) 576-3750<br>Email: lrussell@ycst.com |
| *Attorney for Plaintiff* | *Attorneys for Defendant* |
| Dated: May 18, 2021 | Dated: May 18, 2021 |

IT IS SO ORDERED, this _____ day of _____, 2021.

_____
Honorable Leonard P. Stark